IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| RoyaltyStat LLC,<br>5335 Wisconsin Ave., N.W.<br>Suite 920<br>Washington, D.C. 20015-2084<br><br>      Plaintiff<br><br>v.<br><br>IntangibleSpring, Corp.<br>Torre ADR, Piso 6<br>Avenue Samuel Lewis y Calle 58<br>Panama City, Panama 0816-04373<br><br>    Serve: John Di Giacomo<br>    Revision Legal<br>    109 E Front Street<br>    Suite 309<br>    Traverse City, Michigan<br>        49684-2532<br><br>and<br><br>Raul Pacheco Quintanilla<br>(As if "John Doe" and not to be Served at this time)<br>      Defendants. | Case No.: _____ |

## DISCLOSURE OF AFFILIATION AND FINANCIAL INTERESTS OF PLAINTIFF ROYALTYSTAT, LLC

Pursuant to Local Rule 3 of the United States District Court for the District of Maryland, Plaintiff RoyaltyStat, LLC ("RoyaltyStat") hereby presents the following disclosure of affiliations and financial interest:

(a) RoyaltyStat has no parent or other affiliated corporations or entities.

(b) No corporation, unincorporated association, partnership or other business entity, not a party to this case, has any financial interest in the outcome of this litigation, including a potential obligation to insure, represent, or indemnify RoyaltyStat regarding this case.

Dated:  December 23, 2015

Respectfully Submitted,

*/s/ Billy B. Ruhling, II*
Bernard J. Dimuro, Fed. Bar No. 17827
DiMuroGinsberg PC
1101 King Street
Suite 610
Alexandria, VA 22314
Telephone: (703) 684-4333
Facsimile: (703) 548-3181
bruhling@dimuro.com
*Counsel for Defendant Lafayette Buildings, LLC*