IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| ROYLATYSTAT LLC, | * |
| Plaintiff | * |
| v. | * Case No.: 8:15-cv-03940-GJH |
| INTANGIBLESPRING, CORP, *et al.* | * |
| Defendants. | * |

### AFFIDAVIT OF SERVICE UPON INTANGIBLE SPRING, CORP.

I, Enrique Villarreta, being duly sworn, makes oath and states as follows:

1. I am over 21 years of age and not a party in the above-captioned case;

2. I am an investigator employed by B.M. Investigations, Inc. located at Edificio Dorchester, Vía España, piso 3 oficina 301, Panamá City, Panamá;

3. On or about March 18, 2016, I was instructed by Legal Language Services, an international litigation support firm located in Leawood, Kansas, in turn instructed by plaintiff's attorneys with the law firm of DiMuro Ginsberg, PC, to serve upon defendant IntangibleSpring, Corp. (hereinafter "IntangibleSpring") the following documents, in English and each accompanied by a certified Spanish translation:

    - Summons in a Civil Action
    - Civil Cover Sheet
    - Complaint with Exhibits A - D
    - Disclosure of Affiliation and Financial Interests of Plaintiff RoyaltyStat, LLC

4. According to Plaintiff's attorney, IntangibleSpring may be served c/o Zuniga y Associados, Torre ADR, Piso 6, Avenue Samuel Lewis Navarro y Calle 58, Panamá City, Panamá.

5. On March 21, 2016, at approximately 3:30 p.m., I traveled to the offices of Zuniga y Associados, a law firm located in the ADR Tower in Panama City, with the intention of serving the above-referenced documents;

6. I met with a receptionist and told her I had documents for service upon IntangibleSpring Corp.; I handed the documents to the receptionist who accepted them; the receptionist then telephoned a colleague who appeared at the desk to review and receive the documents.

7. Neither woman would identify herself or her title. The receptionist is a light skinned Latin woman, approximately 25 years old, with straight brown hair and an average build; her colleague is also a light skinned Latin woman, approximately 40 years old, with short brownish-reddish hair and a slim build;

I declare under penalty of perjury under the laws of the United States and Panama that the foregoing is true and accurate to the best of my knowledge and belief.

_____
Enrique Villarreta

Sworn at Panamá City, Panamá before me this ____5____ day of April 2016.

_____
Signature of Panamanian Commissioner of Oaths

Seal

La suscrita, NORMA MARLENIS VELASCO C., Notaria Pública Duodécima del Circuito de Panamá, con Cédula de Identidad No. 8-250-338.
CERTIFICO:
Que la (s) firma (s) anterior (es) ha (n) sido reconocida (s) como suya (s) por los firmantes, por consiguiente, dicha (s) firma (s) es (son) auténtica (s).
Panamá, 05 ABR 2016
Testigo    Testigo
Licda. NORMA MARLENIS VELASCO C.
Notaria Pública Duodécima

