

**LEGAL LANGUAGE SERVICES**

A Division of ALS International, Inc.
8014 State Line Road
Suite 110
Leawood, KS 66208

Telephone  (913) 341-3167
Toll Free   (800) 755-5775
Telefax    (913) 341-3168
www.legallanguage.com

May 19, 2016

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office. These documents are designated as:

**Proof of International Service of Process in France upon the Defendant:
RAUL PACHECO QUINTANILLA**

Maria Victoria Portuguez, Manager of this company, certifies that Rasha Toppozada-Yow, who translated this document, is fluent in French and standard North American English and qualified to translate. She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".

Signature of Maria Victoria Portuguez

Subscribed and sworn to before me this May 19, 2016.

Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
My commission expires December 9, 2016

Sincerely,

Victor J. Hertz
President

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

   - the date    _04/25/2016_

   - at (place, street, number)   **Raul PACHECO QUINTANILLA, an individual**
   **44 bis rue de Vincennes, 93100 Montreuil Sous Bois**
   **FRANCE**

   ~~in one of the following methods authorized by article 5~~

   ~~☐ (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*,~~

   ~~☐ (b)  in accordance with the following particular method*:~~ _____

   ~~☐ (c)  by delivery to the addressee, who accepted it voluntarily.~~

   The documents referred to in the request have been delivered to:

   - (identity and description of person) **Raul PACHECO QUINTANILLA, in accordance with article 10(b) of the convention**
   *Via Art.. 659 – Formal record of unsuccessful searches, last known domicile.*

   - relationship to the addressee (family, business, or other):   *himself*

2) ~~that the document has not been served, by reason of the following facts*:~~
   _____
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes

Documents returned:

**Notice and Summary, in English and French**
**Summons in a Civil Action, in English and French**
**Civil Case Cover Sheet, in English and French**
**Complaint, in English and French**                                    Done at   _MONTREUIL_,   on   _04/26/2016_
**Disclosure of Affiliation and Financial Interests of Plaintiff**
**Royaltystat, LLC, in English and French**

In appropriate cases, documents establishing the service:              Signature and / or stamp.

**Service of a document originating abroad**

                                                                       _[Signature]_
                                                                       [Stamp:] **Thierry HERVE**
                                                                       **Yann MOREAU**
                                                                       ASSOCIATED COURT BAILIFFS
*Delete if inappropriate.                                              6 bis, rue Voltaire
                                                                       P.O. Box 127 – 93100 MONTREUIL

**SELARL**
**Thierry HERVE**
**Yann MOREAU**
Associated Court Bailiffs
6 BIS, RUE VOLTAIRE
P.O. BOX 127
93100 MONTREUIL

Tel: 01.48.58.95.99
Fax: 01.48.58.73.86
herve-moreau-huissier@orange.fr
CDC: 40031 00001 0000351943W 81

Secure payment online
and via telephone
[Logo]
Site: www.herve-moreau.com
**Identifier: 116952**
**Password: 461192**

COURT
BAILIFF
ACT

[Emblem]

| COST OF ACT: | |
|---|---|
| Fixed fee (Art. 6): | 52.80 |
| Transport (Art. 18): | 7.67 |
| Excl. tax: | 60.47 |
| VAT 20%: | 12.09 |
| Flat tax: | 13.04 |
| Postage: | 1.05 |
| Cost of act: | 86.65 |

**REFERENCE TO USE:**
**Cor: 3858, MD: 61866**
**MS – 04/15/2016**

---

[Stamp:] **FIRST COPY**

### SERVICE OF AN ACT ORIGINATING FROM THE UNITED STATES

THE YEAR TWO THOUSAND SIXTEEN, and [Stamp:] APRIL EIGHTEENTH

**SELARL Thierry HERVE – Yann MOREAU**, Associated Court Bailiffs with the BOBIGNY Superior Court, domiciled at 6 bis rue Voltaire 93511, MONTREUIL SOUS BOIS Cedex, one of whom is undersigned:

APRIL TWENTY-FIFTH

[Stamp:] For attempts on the

**TO:**

Mr. Raul PACHECO QUINTANILLA
44 bis rue de Vincennes
93100 MONTREUIL SOUS BOIS
Where I went and spoke with:   as indicated in the attached formal record of service

**AT THE REQUEST OF:**

**ROYALTYSTAT LLC,** acting by and through its legal representatives who are domiciled in that capacity at these headquarters: 5335 Wisconsin Ave, NW, Suite 920 Washington, DC 20015-2084 UNITED STATES.
Electing domicile in my chambers.

**I HEREBY SERVE YOU WITH AND PROVIDE YOU WITH A COPY OF:**

- A notice and a summary, in English with a French translation consisting of six double-sided pages
- A summons in a civil action, in English with a French translation consisting of five double-sided pages
- A civil case cover sheet, in English with a French translation consisting of three double-sided pages
- A complaint, in English with a French translation consisting of thirty-one two-sided pages
- A disclosure of affiliation and financial interests of the Plaintiff, Royaltystat, LLC, in English with a French translation consisting of four double-sided pages

So you can be informed thereof.

Cor: 3858, MD: 61866                                                                                          Act: 112785

[Logo]  [Stamp: illegible]  **FIRST COPY**
COURT BAILIFF

**SELARL Thierry HERVE & Yann MOREAU**
Associated Court Bailiffs
6 BIS RUE VOLTAIRE, P.O. Box 127
93100 MONTREUIL SOUS BOIS
Chambers authorized to operate throughout the Department of La Seine Saint Denis
CDC: 40031 00001 0000351943W 81
herve-moreau-huissier@orange.fr

Standard: 01.48.58.95.99                                   Fax: 01.48.58.73.86

Cor: 3858, MD: 61866                                                                         Act: 112981

## FORMAL RECORD OF SEARCH, ARTICLE 659 CPC

On April twenty fifth, two thousand sixteen,

This act was prepared by a duly sworn clerk, under the conditions indicated below and pursuant to the declarations made to him:

During the inquiry performed on site, on April 25, 2016, at the address indicated by the applicant, at the residence of **Mr. Raul PACHECO QUINTANILLA**, who is domiciled at 44 bis rue de Vincennes 93100 MONTREUIL SOUS BOIS, in order to serve a **SUMMONS**

I went to the address indicated, but it was not possible to meet the intended recipient of this act.

- On site, the attendant declared that the aforementioned individual had left without leaving a forwarding address.
- The applicant indicated to me that this is the last known domicile.

Upon returning to the office, I searched the online yellow pages, but could not obtain new information about a possible other address.

Consequently, I noted that Mr. Raul PACHECO QUINTANILLA has no known domicile, residence, or place of employment; and I converted this document into a formal record of search – Article 659 CCP.

I sent to the last known address of the party concerned a copy of the formal record of search to which was attached a copy of the document being served. I did so via registered mail with receipt confirmation on the same day or on the first business day following preparation of this act.

The letter of notification by regular mail of the formality carried out was sent on the same day or on the first business day following preparation of this act.

ATTACHED, PLEASE FIND THE TEXT OF ARTICLES 540 AND 659 OF THE CODE OF CIVIL PROCEDURE:

Article 540: "If the judgment has been rendered by default or is deemed to be adversarial, the judge shall have the power to extend the deadline to file an appeal; if the defendant, due to no fault on his/her/its part, was not aware of the judgment in time to file an appeal, or was unable to act,
the extension can be requested from the president of the competent court in order to entertain a motion to set aside or an appeal. The matter shall be referred to the president as in matters of summary proceedings.
The action shall be admissible only if it is filed within a reasonable time from the moment the defendant became aware of the decision, but it cannot be made later than one year from the date of notification of the decision. This extension shall not stay execution of the judgment.
The president shall decide, and his/her decision shall not be appealable.
If the president grants the request, the deadline to file the motion to set aside or the appeal shall start on the day of the president's decision, except where the president shortens the deadline or orders that the citation be made on a day that he/she specifies."

Article 659 of the CCP: "When the person upon whom the document must be served has no known domicile, residence, or place of employment, the court bailiff shall prepare a formal record wherein he/she shall indicate, in detail, the steps that he/she took to search for the act's intended recipient. On the same day, or no later than the first following business day, under penalty of nullity, the court bailiff shall send the intended recipient, at the last known address, via registered mail with receipt confirmation, a copy of the formal record to which shall be attached a copy of the document being served.
On the same day, the court bailiff shall inform the intended recipient, via regular mail, of the formality carried out. The provisions of this Article shall apply to the service of an act concerning a corporate entity that has no known premises at the place indicated as its headquarters in the Commerce and Companies Register."

This act consists of 150 pages for the original and 150 pages for the copy.         *[Signature]*

| COST OF ACT: | |
|---|---|
| Art. 6: | 68.20 |
| Art. 18: | 7.67 |
| Excl. tax: | 75.87 |
| VAT 20%: | 0.00 |
| L.R.: | 5.44 |
| Tax: | 13.04 |
| Postage: | 1.05 |
| Total incl. tax: | 95.40 |

Thierry HERVE
[Stamp:] Thierry HERVE & Yann MOREAU – Associated Court Bailiffs
[Emblem:]

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)*   25/04/2016

- at (place, street, number)
- *à (localité, rue numéro)*   Raul PACHECO QUINTANILLA, *une personne physique*
  44 bis rue de Vincennes, 93100 Montreuil Sous Bois
  FRANCE

~~- in one of the following methods authorised by article 5-~~
~~*- dans une des formes suivantes prévues à l'article 5:*~~

~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.~~
~~*a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

~~(b) in accordance with the following particular method*:~~
~~*b) selon la forme particulière suivante:*~~

~~(c) by delivery to the addressee, who accepted it voluntarily. *~~
~~*c) par remise simple.*~~

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)*   Raul PACHECO QUINTANILLA, selon l'article 10, lettre b de la Convention
Par PV 659 = procès-verbal de recherches infructueuses, dernier domicile connu

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*   lui-même

~~2) that the document has not been served, by reason of the following facts*:~~
~~*2. que la demande n'a pas été exécutée, en raison des faits suivants:*~~

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*Pièces renvoyées:*

Notice et éléments essentiels de l'acte, en anglais et en français
Assignation dans une Poursuite Civile, en anglais et en français
Page de Couverture Pour Cause Civile, en anglais et en français
Plainte, en anglais et en français
Communication d'appartenance et d'intérêts financiers du demandeur Royaltystat, LLC, en anglais et en français

Done at / *Fait à*   MONTREUIL   , the / *le*   26/04/2016

Signature and / or stamp.
*Signature et / ou cachet.*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
Signification d'acte en provenance de l'étranger

Thierry [illegible]VE
Yann MOREAU
HUISSIERS DE JUSTICE ASSOCIES
6 bis, rue Voltaire
B.P. 127 - 93100 MONTREUIL

*Delete if inappropriate.
Rayer les mentions inutiles.*

2

**SELARL HERVE - MOREAU**
Huissiers de Justice Associés
**6 BIS RUE VOLTAIRE**
BP127
93100 MONTREUIL

Tél : 01.48.58.95.99
Fax : 01.48.58.73.86
herve-moreau-huissiers@orange.fr
CDC :40031 00001 0000351943W 81

Paiement sécurisé en ligne
et par téléphone

Site : www.herve-moreau.com
Identifiant : 116952
Mot de passe : 461192

**ACTE D'HUISSIER DE JUSTICE**



| COUT DE L'ACTE: | |
|---|---|
| Droit Fixe (Art 6) | 52,80 |
| Transport (Art 18) | 7,67 |
| H.T. | 60,47 |
| Tva 20% | 12,09 |
| Taxe Forfaitaire | 13,04 |
| Affranchissement | 1,05 |
| Coût de l'acte | 86,65 |

REFERENCES A RAPPELER:
Cor : 3858, MD :61866
MS - 15/04/2016

## SIGNIFICATION D'UN ACTE PROVENANT DES ETATS UNIS

L'AN DEUX MILLE SEIZE et le   DIX HUIT AVRIL

SELARL Thierry HERVE-Yann MOREAU , Huissiers de justice associés près le Tribunal de Grande Instance de BOBIGNY domiciliés 6bis, rue Voltaire 93511 MONTREUIL SOUS BOIS Cedex, l'un d'eux soussigné   Pour tentative et le   VINGT CINQ AVRIL

À :

Monsieur PACHECO QUINTANILLA Raul
44 bis rue de Vincennes
93100 MONTREUIL SOUS BOIS
Ou étant et parlant à : comme il est dit dans le procès verbal de signification joint

### À LA DEMANDE DE :

ROYALTYSTAT LLC Agissant poursuite et diligences de ses représentants légaux domiciliés en cette qualité audit siège. 5335 Wisconsin Ave, NW, suite 920 Washington, DC 20015-2084 ETAS UNIS
Elisant domicile en mon Etude

### JE VOUS SIGNIFIE ET REMETS COPIE :

- D'une notice et éléments essentiels de l'acte en anglais et traduit en français établis sur six feuilles recto-verso
- D'une Assignation dans une poursuite civile, en anglais et traduit en français établie en cinq feuilles recto-verso
- D'une page de couverture pour cause civile, en anglais et traduit en français établie en trois feuilles recto-verso
- D'une plainte, en anglais et traduit en français établie sur cent trente et une feuilles recto
- D'une communication d'appartenance et d'intérêts financiers du demandeur ROYALSTAT LCC en anglais et traduit en français établie sur quatre feuilles recto

Afin que vous n'en ignoriez.

Cor : 3858, MD :61866                                                                                                    Acte : 112785

EN PREMIERE EXPEDITION

**SELARL Thierry HERVE & Yann MOREAU**
Huissiers de Justice Associés
6 BIS RUE VOLTAIRE BP127
93100 MONTREUIL SOUS BOIS
ETUDE COMPETENTE SUR TOUT LE DEPARTEMENT DE LA SEINE SAINT DENIS
CDC : 40031 00001 0000351943W 81

STANDARD : 01.48.58.95.99   herve-moreau-huissiers@orange.fr   TELECOPIE : 01.48.58.73.86

Cor : 3858, MD :61866

Acte : 112981

## PROCES-VERBAL DE RECHERCHES ARTICLE 659 CPC

Le vingt cinq Avril deux mille seize

Cet acte a été régularisé par Clerc assermenté, dans les conditions ci-après indiquées et suivant les déclarations qui lui ont été faites :

Lors de l'enquête effectuée sur place, le 25 avril 2016, à l'adresse indiquée par le demandeur de l'acte, chez **Monsieur PACHECO QUINTANILLA Raul** domicilié 44 bis rue de Vincennes 93100 MONTREUIL SOUS BOIS, afin de signifier **une SIGNIFICATION**

Parvenu à l'adresse indiquée, il n'a pas été possible de rencontrer le destinataire du présent acte.

- Sur place, le préposé déclare que le susnommé est parti sans laisser d'adresse.
- Mon requérant m'indique qu'il s'agit du dernier domicile connu.

De retour à l'étude, mes recherches sur le site Internet « pagesjaunes.fr » ne m'ont pas permis d'obtenir de nouveaux renseignements quant à une éventuelle nouvelle adresse.

En conséquence, j'ai constaté que Monsieur Raul PACHECO QUINTANILLA n'a ni domicile, ni résidence, ni lieu de travail connus ; et j'ai converti le présent acte en Procès-verbal de recherches article 659 CPC.

J'ai adressé à la dernière adresse connue de l'intéressé, une copie du Procès-Verbal de recherches à laquelle est jointe une copie de l'acte objet de la signification, par lettre recommandée avec avis de réception le jour même ou le premier jour ouvrable suivant l'établissement du présent acte.

La lettre simple l'avisant de l'accomplissement de cette formalité a été envoyée le jour même ou le premier jour ouvrable suivant l'établissement du présent acte.

JE VOUS PRIE DE TROUVER CI-APRES LE TEXTE DES ARTICLES 540 ET 659 DU CODE DE PROCEDURE CIVILE :

Article 540 : « Si le jugement a été rendu par défaut ou s'il est réputé contradictoire, le juge a la faculté de relever le défendeur de la forclusion résultant de l'expiration du délai si le défendeur, sans qu'il y ait eu faute de sa part, n'a pas eu connaissance du jugement en temps utile pour exercer son recours, ou s'il s'est trouvé dans l'impossibilité d'agir.
Le relevé de forclusion est demandé au Président de la juridiction compétente pour connaître de l'opposition ou de l'appel. Le Président est saisi comme en matière de référé. La demande n'est recevable que si elle est formée dans un délai raisonnable à partir du moment où le défendeur a eu connaissance de la décision, sans jamais pouvoir l'être plus d'un an après la notification de celle-ci, ce délai n'est pas suspensif d'exécution .
Le Président se prononce sans recours.
S'il fait droit à la requête, le délai d'opposition ou d'appel court à compter de la date de sa décision, sauf au président à réduire le délai ou à ordonner que la citation sera faite pour le jour qu'il fixe » .

Article 659 du CPC : « Lorsque la personne à qui l'acte doit être signifié n'a ni domicile, ni résidence, ni lieu de travail connus, l'Huissier de justice dresse un procès-verbal où il relate avec précision les diligences qu'il a accomplies pour rechercher le destinataire de l'acte. Le même jour, ou au plus tard le premier jour ouvrable suivant, à peine de nullité, l'huissier de justice envoie au destinataire, à la dernière adresse connue, par lettre recommandée avec demande d'avis de réception, une copie du procès-verbal à laquelle est jointe une copie de l'acte objet de la signification.
Le jour même, l'huissier de justice avise le destinataire, par lettre simple, de l'accomplissement de cette formalité . Les dispositions du présent article sont applicables à la signification d'un acte concernant une personne morale qui n'a plus d'établissement connu au lieu indiqué comme siège social par le registre du commerce et des sociétés ».

L'acte comporte 150 feuilles sur l'original et 150 feuilles sur la copie.

| COUT DE L'ACTE: | |
|---|---|
| Art 6 | 68,20 |
| Art 18 | 7,67 |
| H.T. | 75,87 |
| Tva 20% | 0,00 |
| LR | 5,44 |
| Taxe | 13,04 |
| PTT | 1,05 |
| T.T.C | 95,40 |

Thierry HERVE

