## INTANGIBLESPRING



● Corporation  ○ Foundation

| | | | |
|---|---|---|---|
| **Registration No.:** | 778630 | **Document No.:** | 2234659 |

**Name of the Corporation:**
INTANGIBLESPRING CORP.

| | | | | | |
|---|---|---|---|---|---|
| **Volume:** | 0 | **Folio:** | 0 | **Entry:** | 0 |
| **Date of Registration:** | 28-08-2012 | **Status:** | CURRENT | | |
| **No. of Writing:** | 15259 | **Date of Writing:** | 27-08-2012 | | |
| **Notary:** | 1 | NOTARIA PRIMERA DEL CIRCUITO | | | |
| **Notary Province:** | PANAMA | | | | |
| **Duration:** | PERPETUAL | | **Address:** | PANAMA | |
| **Status of the Pledge:** | | (DEF-DEFINITIVA, PRE-PRELIMINAR) | | | |

**Data 1a. Single Rate**

| | | | |
|---|---|---|---|
| **Ballot:** | 1200072168 | **Payment Date:** | 27-08-2012 |
| **Resident Agent:** | ZUÑIGA Y ASOCIADOS | | |

**Journal Details**

| | | | |
|---|---|---|---|
| **Volume:** | 2012 | **Entry:** | 161931 |

**Microfilm Data**

| | | | |
|---|---|---|---|
| **Roll:** | 0 | **Image:** | 0 |

| | |
|---|---|
| **Currency:** | AMERICAN DOLLARS. |
| **Capital Amount:** | 10,000.00 |

**Capital Description**
EL CAPITAL AUTORIZADO DE LA SOCIEDAD SERA DE DIEZ MIL DOLARES AMERICANOS DIVIDIDO EN DIEZ MIL ACCIONES COMUNES CON UN VALOR NOMINAL DE UN DOLAR CADA ACCION. LAS ACCIONES SERAN NOMINATIVAS O AL PORTADOR.

**Legal Representative**
EL PRESIDENTE DE LA SOCIEDAD SERA EL REPRESENTANTE LEGAL

| Título del Dignatario | Name of the Dignitary |
|---|---|
| PRESIDENT | LUIS ALBERTO LAGUNA |
| VICE-PRESIDENTE | ALGIMIRO VILLAMIL |
| TREASURER | MARCELA CHAVEZ |
| SECRETARY | MARCELA CHAVEZ |

**Names of the Directors**
LUIS ALBERTO LAGUNA
ALGIMIRO VILLAMIL

EXHIBIT 1

MARCELA CHAVEZ

**Names of the Subscribers**

LUIS ALBERTO LAGUNA

ALGIMIRO VILLAMIL

**Office Details**

**Disolución, Quiebra, Fusión, Redomicilio Provisional o Definitivo, Transformación**

| | |
|---|---|
| **Roll:** | **Image:** |
| **Micro-Date:** | |

**Journal Details**

| | |
|---|---|
| **Volume:** | **Entry:** |

**Writing data**

| | |
|---|---|
| **Number:** | **Date:** |
| **Notary:** | **Province:** |

**Type of Record:**

**Details**