# Change Of Correspondence Address

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86174112 |
| **REGISTRATION NUMBER** | 4588759 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 101 |
| **MARK SECTION** | |
| MARK | INTANGIBLESPRING |
| **CORRESPONDENCE SECTION (current)** | |
| ORIGINAL ADDRESS | JOHN DI GIACOMO<br>REVISION LEGAL<br>227 LAKE AVE<br>TRAVERSE CITY Michigan 49684-2532<br>US<br>2317140100<br>2317140200<br>john@revisionlegal.com |
| **NEW CORRESPONDENCE ADDRESS** | |
| NEW ADDRESS | REVISION LEGAL<br>Suite 309<br>109 E Front St<br>TRAVERSE CITY<br>Michigan<br>United States<br>49684-2532<br>2317140100<br>2317140200<br>john@revisionlegal.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | YES |
| **SIGNATURE SECTION** | |
| SIGNATURE | /JAD/ |
| SIGNATORY NAME | John Digiacomo |
| SIGNATORY DATE | 09/02/2015 |
| SIGNATORY POSITION | Attorney of record member of state power of Michigan |



| SIGNATORY PHONE NUMBER | 231-714-0100 |
|---|---|
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Wed Sep 02 12:32:53 EDT 2015 |
| TEAS STAMP | USPTO/CCA-64.136.246.194-<br>20150902123253485425-8617<br>4112-5403f7e3fafb8d5562ce<br>58ca2d9c2603cd4ece3cd3c40<br>c9a1cb997b1f0de3250-N/A-N<br>/A-20150902123051948578 |

# United States of America

## United States Patent and Trademark Office

# INTANGIBLESPRING

**Reg. No. 4,588,759**

**Registered Aug. 19, 2014**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

INTANGIBLESPRING, CORP. (PANAMA CORPORATION)
TORRE ADR, PISO 6
AVE. SAMUEL LEWIS Y CALLE 58
PANAMA, PANAMA 0816-0437

FOR: PROVIDING A WEBSITE FEATURING NON-DOWNLOADABLE SOFTWARE FOR ANALYZING AND EVALUATING THE VALUE OF INTANGIBLE PROPERTY, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 4-1-2013; IN COMMERCE 4-1-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-174,112, FILED 1-24-2014.

RUSS HERMAN, EXAMINING ATTORNEY



*Deputy Director of the United States*
*Patent and Trademark Office*

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Tuesday, June 3, 2014 00:42 AM |
| To: | john@revisionlegal.com |
| Subject: | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 86174112: INTANGIBLESPRING |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 86-174,112
**Mark:** INTANGIBLESPRING
**International Class(es):** 042
**Owner:** IntangibleSpring, Corp.
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Jun 03, 2014.

**To View the Mark in the Next Generation TMOG (eOG):**

    Click on the following link or paste the URL into an internet browser: http://tmog.uspto.gov/#date=2014-06-03&serial=86174112

**To View the Mark in the Legacy format TMOG:**

    1. Click on the following link or paste the URL into an internet browser:
       http://www.uspto.gov/web/trademarks/tmog/20140603_OG.pdf#page=00001344 .

    2. Locate your mark on the displayed page.

If the TMOG PDF file does not open to the page containing your mark (you must have an Adobe Reader installed on your workstation), click on the following link or paste the URL into an internet browser to review the Frequently Asked Questions about the Trademark Official Gazette: http://www.uspto.gov/trademarks/resources/tm_og_faqs.jsp.

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. If any information is incorrect due to USPTO error, the applicant should immediately email the requested correction to TMPostPubQuery@uspto.gov. For applicant corrections or amendments after publication, please file a post publication amendment using the form available at http://teasroa.uspto.gov/ppa/. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/search.action?sn=86174112.
NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

May 14, 2014

# NOTICE OF PUBLICATION

1. Serial No.:
   86-174,112

2. Mark:
   INTANGIBLESPRING
   (STANDARD CHARACTER MARK)

3. International Class(es):
   42

4. Publication Date:
   Jun 3, 2014

5. Applicant:
   IntangibleSpring, Corp.

---

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:

The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

---

**Email Address(es):**

john@revisionlegal.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, May 14, 2014 03:37 AM |
| **To:** | john@revisionlegal.com |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 86174112: INTANGIBLESPRING |

## NOTIFICATION OF "NOTICE OF PUBLICATION"

Your trademark application (Serial No. 86174112) is scheduled to publish in the *Official Gazette* on Jun 3, 2014 .  To preview the Notice of Publication, go to  http://tdr.uspto.gov/search.action?sn=86174112.  If you have difficulty accessing the Notice of Publication, contact TDR@uspto.gov.

**PLEASE NOTE:**

1. The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Do NOT hit "Reply" to this e-mail notification.  If you have any questions about the content of the Notice of Publication, contact TMPostPubQuery@uspto.gov.

## Trademark Snap Shot Publication Stylesheet
### (Table presents the data on Publication Approval)

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 86174112 | FILING DATE | 01/24/2014 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | SERVICE MARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | HERMAN, RUSS | L.O. ASSIGNED | 101 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 04/30/2014 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 04/29/2014 |
| LITERAL MARK ELEMENT | INTANGIBLESPRING |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | INTANGIBLESPRING |

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | IntangibleSpring, Corp. |
| ADDRESS | Torre ADR, Piso 6<br>Ave. Samuel Lewis y Calle 58<br>Panama, 0816-0437 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Panama |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 042 |
|---|---|
| DESCRIPTION TEXT | Providing a website featuring non-downloadable software for analyzing and evaluating the value of intangible property |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 042 | FIRST USE DATE | 04/01/2013 | FIRST USE IN COMMERCE DATE | 04/01/2013 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| PSEUDO MARK | INTANGIBLE SPRING |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 04/29/2014 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 005 |
| 04/29/2014 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 02/05/2014 | MPMK | E | NOTICE OF PSEUDO MARK E-MAILED | 003 |
| 02/04/2014 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 01/28/2014 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | John Di Giacomo |
|---|---|

| CORRESPONDENCE ADDRESS | JOHN DI GIACOMO<br>REVISION LEGAL<br>227 LAKE AVE<br>TRAVERSE CITY, MI 49684-2532 |
|---|---|
| DOMESTIC REPRESENTATIVE | NONE |

# INTANGIBLESPRING

*** User:rherman ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 94 | N/A | 0 | 0 | 0:01 | *tang{"iyeaou"}b*[bi,ti] |
| 02 | 7125 | N/A | 0 | 0 | 0:01 | *spr{"iy"}ng*[bi,ti] |
| 03 | 1 | N/A | 0 | 0 | 0:01 | 1 and 2 |
| 04 | 4469 | N/A | 0 | 0 | 0:01 | spring[bi,ti] |
| 05 | 622482 | N/A | 0 | 0 | 0:01 | "042"[ic] |
| 06 | 269 | N/A | 0 | 0 | 0:01 | 4 and 5 |
| 07 | 119 | 0 | 119 | 107 | 0;02 | 6 not dead[ld] |

Session started 4/29/2014 7:49:31 PM

Session finished 4/29/2014 7:53:32 PM

Total search duration 0 minutes 8 seconds

Session duration 4 minutes 1 seconds

Defaut NEAR limit=1 ADJ limit=1


Sent to TICRS as Serial Number: 86174112

| | |
|---|---|
| **From:** | TMDesignCodeComments |
| **Sent:** | Wednesday, February 5, 2014 00:18 AM |
| **To:** | john@revisionlegal.com |
| **Subject:** | Official USPTO Notice of Pseudo Mark: U.S. Trademark SN: 86174112: INTANGIBLESPRING |

**Docket/Reference Number:**

The USPTO may assign pseudo marks, as appropriate, to new applications to assist in searching the USPTO database for conflicting marks. They have no legal significance and will not appear on the registration certificate.

A PSEUDO MARK may be assigned to marks that include words, numbers, compound words, symbols, or acronyms that can have alternative spellings or meanings. For example, if the mark comprises the words 'YOU ARE' surrounded by a design of a box, the pseudo mark field in the USPTO database would display the mark as 'YOU ARE SQUARE'. A mark filed as 'URGR8' would receive a pseudo mark of 'YOU ARE GREAT'.

Response to this notice is not required; however, to suggest additions or changes to the pseudo mark assigned to your mark, please e-mail TMDesignCodeComments@USPTO.GOV. You **must** reference your application serial number within your request. The USPTO will review the proposal and update the record, if appropriate. For questions, please call 1-800-786-9199 to speak to a Customer Service representative.

The USPTO will not send any further response to your e-mail. Check TESS in approximately two weeks to see if the requested changes have been entered. Requests deemed unnecessary or inappropriate will not be entered.

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=86174112. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

**Pseudo marks assigned to the referenced serial number are listed below.**

**PSEUDO MARK:**

INTANGIBLE SPRING

# INTANGIBLESPRING



PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 86174112**
**Filing Date: 01/24/2014**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears
where the field is only mandatory under the facts of the particular application.*

## The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | INTANGIBLESPRING |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | INTANGIBLESPRING |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | IntangibleSpring, Corp. |
| INTERNAL ADDRESS | Torre ADR, Piso 6 |
| *STREET | Ave. Samuel Lewis y Calle 58 |
| *CITY | Panama |
| *COUNTRY | Panama |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 0816-04373 |

| PHONE | 202-697-9791 |
|---|---|

## LEGAL ENTITY INFORMATION

| *TYPE | CORPORATION |
|---|---|
| * STATE/COUNTRY OF INCORPORATION | Panama |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 042 |
|---|---|
| *IDENTIFICATION | Providing a website featuring non-downloadable software for **analyzing and evaluating the value of intangible property** |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 04/01/2013 |
| FIRST USE IN COMMERCE DATE | At least as early as 04/01/2013 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-7512994250-155319509_._Specimen.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\861\741\86174112\xml1\FTK0003.JPG |
| SPECIMEN DESCRIPTION | Image showing use of mark in commerce |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| NAME | John Di Giacomo |
|---|---|
| FIRM NAME | |

| | |
|---|---|
| **FIRM NAME** | Revision Legal |
| **STREET** | 227 Lake Avenue |
| **CITY** | Traverse City |
| **STATE** | Michigan |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 49684 |
| **PHONE** | 2317140100 |
| **FAX** | 2317140200 |
| **EMAIL ADDRESS** | john@revisionlegal.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | Eric Misterovich |
| **CORRESPONDENCE INFORMATION** | |
| ***NAME** | John Di Giacomo |
| **FIRM NAME** | Revision Legal |
| ***STREET** | 227 Lake Avenue |
| ***CITY** | Traverse City |
| ***STATE** (Required for U.S. applicants) | Michigan |
| ***COUNTRY** | United States |
| ***ZIP/POSTAL CODE** | 49684 |
| **PHONE** | 2317140100 |
| **FAX** | 2317140200 |
| ***EMAIL ADDRESS** | john@revisionlegal.com |
| ***AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 275 |
| ***TOTAL FEE PAID** | 275 |

## SIGNATURE INFORMATION

| * SIGNATURE | /JAD/ |
| --- | --- |
| * SIGNATORY'S NAME | John Di Giacomo |
| * SIGNATORY'S POSITION | Attorney of record, Michigan bar member |
| SIGNATORY'S PHONE NUMBER | 231-714-0100 |
| * DATE SIGNED | 01/24/2014 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2014)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 86174112**
**Filing Date: 01/24/2014**

# To the Commissioner for Trademarks:

**MARK:** INTANGIBLESPRING (Standard Characters, see mark)
The literal element of the mark consists of INTANGIBLESPRING.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, IntangibleSpring, Corp., a corporation of Panama, having an address of
    Torre ADR, Piso 6,
    Ave. Samuel Lewis y Calle 58
    Panama 0816-04373
    Panama

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 042:  Providing a website featuring non-downloadable software for analyzing and evaluating the value of intangible property

In International Class 042, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 04/01/2013, and first used in commerce at least as early as 04/01/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Image showing use of mark in commerce.

**Original PDF file:**
SPE0-7512994250-155319509_._Specimen.pdf
**Converted PDF file(s) (1 page)**
Specimen File1

The applicant's current Attorney Information:
    John Di Giacomo and Eric Misterovich of Revision Legal

227 Lake Avenue
Traverse City, Michigan 49684
United States

The applicant's current Correspondence Information:

    John Di Giacomo

    Revision Legal

    227 Lake Avenue

    Traverse City, Michigan 49684

    2317140100(phone)

    2317140200(fax)

    john@revisionlegal.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /JAD/   Date Signed: 01/24/2014
Signatory's Name: John Di Giacomo
Signatory's Position: Attorney of record, Michigan bar member


RAM Sale Number: 86174112
RAM Accounting Date: 01/24/2014

Serial Number: 86174112
Internet Transmission Date: Fri Jan 24 10:36:43 EST 2014
TEAS Stamp: USPTO/FTK-75.129.94.250-2014012410364327
0947-86174112-5006e68f45d2a7a76616cfda57
843e234783bbe83ba592aa717f1f188ebeb380d0
-CC-8729-20140124103508432582

# INTANGIBLESPRING

