# EXHIBIT 2

LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that on May 7, 2009 a claim to copyright a work identified as **ROYALTYSTAT WEBSITE ROYALTY TABLEAU** was registered under **TX 7-233-781**. This work was registered in accordance with provisions of the United States Copyright Law (Title 17 United States Code).

**THIS IS TO CERTIFY FURTHER**, that the attached is an additional certificate of this work.

**IN WITNESS WHEREOF** the seal of this Office is affixed hereto on November 20, 2015.

Maria A. Pallante
Register of Copyrights

By: *[signature]* Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

EXHIBIT
C

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-233-781**

**Effective date of registration:**

May 7, 2009

## Title
- **Title of Work:** Royaltystat website royalty tableau

## Completion/Publication
- **Year of Completion:** 2009
- **Date of 1st Publication:** May 7, 2009
- **Nation of 1st Publication:** United States

## Author
- **Author:** Royaltystat LLC
- **Author Created:** text
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Royaltystat, LLC
  5404 Blackistone Road, Bethesda, MD, 20816-1821, United States

## Rights and Permissions
- **Organization Name:** Royaltystat, LLC
- **Name:** Ednaldo A. Silva
- **Email:** csilva@royaltystat.com
- **Address:** 5404 Blackistone Road
  Bethesda, MD 20816-1821 United States

## Certification
- **Name:** Marcus G. Theodore, agent
- **Date:** May 7, 2009

Correspondence: Yes

**Registration #:** TX0007233781

**Service Request #:** 1-190968612

Royaltystat, LLC
Ednaldo A. Silva
5404 Blackistone Road
Bethesda, MD 20816-1821 United States

LIBRARY OF CONGRESS

Copyright Office
of the United States
WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **ROYALTYSTAT WEBSITE ROYALTY TABLEAU** deposited in the Copyright Office with claim of copyright registered under number **TX 7-233-781**

**THIS IS TO CERTIFY FURTHER**, that due to the nature of the work deposited, the attached color photocopies are the best possible electrostatic positive prints available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on November 20, 2015.

Maria A. Pallante
Register of Copyrights

By: *Jarletta Walls*
Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. law 17 U.S.C. 101 et seq.

# RoyaltyStat

Royalty Rates for Licensing Intangibles

Folders   Search   Edit Login   Logoff
Saved Searches   Create Invoice   Library   Contact

RoyaltyStat® On-Line 2834 - Patent Archive contains 9 agreement(s).

You have 818 agreements remaining on your limit of 1000 agreement(s).

Statistics [Go] | 2834 – Patent (9) [Go] | New Folder

Move Docs To | Copy Docs To | Go To

Sort Archive By: RoyaltyRate [Go]

| # | Document/Agreement Details | | | Licensed Intangible |
|---|---|---|---|---|
| 1 | Reference: | 15516 | Effective Date: 08/05/2007 | Amendment to exclusive license to use "Gamma Pharmaceuticals" trademarks and domain names to develop, manufacture, market and sell fast dissolving oral strips and oral gel. |
|   | SIC Code: | 2834 | SEC Filed Date: 08/14/2008 | |
|   | SEC Filer: | Gamma Pharmaceuticals Inc | Royalty Rate: 1.50 % | |
|   | SEC Filing: | 10-Q PDF | Royalty Base: Net Sales | |
|   | Agreement Type: | Trademark | Tiered Royalty: Yes | |
|   | Licensor: | Jugular, Inc. | | |
|   | Licensee: | Gamma Pharmaceuticals, Inc. | | |
|   | Duration: | 14 year(s) | Exclusive | |
|   | Other Payments: | | | |
|   | Territory: | Worldwide | | |
| 2 | Reference: | 16627 | Effective Date: 02/15/2005 | Assignment of all rights, title, and interest in trademarks "Humibid," used in connection with pharmaceutical expectorant products. |
|   | SIC Code: | 2834 | SEC Filed Date: 05/13/2005 | |
|   | SEC Filer: | Adams Respiratory Therapeutics, Inc. | Royalty Rate: 2.00 % | |
|   | SEC Filing: | S-1/A PDF | Royalty Base: Net Sales | |
|   | Agreement Type: | Trademark | Tiered Royalty: Yes | |
|   | Licensor: | Cornerstone Biopharma, Inc. | | |
|   | Licensee: | Adams Laboratories, Inc. | | |
|   | Duration: | 3 year(s) | Exclusive | |

Delete From Archive

| | | Other Payments: | | | |
|---|---|---|---|---|---|
| | | Territory: | Unknown | | |
| | | Reference: | 9655 | Effective Date: | 10/30/1998 | Exclusive license to use the "BioFIT" trademark to use, market, manufacture, sell and distribute herbal dietary supplements in tablet, 2-piece hard-shell and gelatin capsules delivery forms, including St. Johns Wort, Echinacea, Saw Palmetto, Ginseng and Ginkgo Biloba initially. |
| | | SIC Code: | 2835 | SEC Filed Date: | 05/18/1999 |
| | | SEC Filer: | Paracelsian Inc /De/ | Royalty Rate: | 3.00 % |
| 3 | | SEC Filing: | 10KSB/A  PDF | Royalty Base: | Net Sales |
| | | Agreement Type: | Trademark | Tiered Royalty: | Yes |
| | | Licensor: | Paracelsian, Inc. | | |
| | | Licensee: | R.P. Scherer North America | | |
| | | Duration: | 1.5 year(s) | Exclusive: | Exclusive |
| | | Other Payments: | Milestone payments are $50,000 for each of the 1st 5 customers to accept the initial products. Art. 6.1. New products milestone payments are $50,000 for each new product upon acceptance by 2 customers. Art. 6.2. | | |
| | | Territory: | Canada; Mexico; United States | | |
| | | Reference: | 255 | Effective Date: | 01/1993 | Exclusive trademark license to promote, sell and sublicense prescription or over-the-counter pharmaceutical specialties containing Modafinil. |
| | | SIC Code: | 2834 | SEC Filed Date: | 08/16/1999 |
| | | SEC Filer: | Cephalon Inc | Royalty Rate: | 4.00 % |
| 4 | | SEC Filing: | 10-Q  PDF | Royalty Base: | Net Sales |
| | | Agreement Type: | Trademark | Tiered Royalty: | Yes |
| | | Licensor: | Genelco | | |
| | | Licensee: | Cephalon, Inc. | | |
| | | Duration: | 99 year(s) | Exclusive: | Exclusive |
| | | Other Payments: | | | |
| | | Territory: | Mexico; United States | | |
| | | Reference: | 15596 | Effective Date: | 07/21/1993 | Amendment to exclusive trademark license. |
| | | SIC Code: | 2834 | SEC Filed Date: | 08/16/1999 |
| | | SEC Filer: | Cephalon Inc | Royalty Rate: | 4.00 % |
| 5 | | SEC Filing: | 10-Q  PDF | Royalty Base: | Net Sales |
| | | Agreement Type: | Trademark | Tiered Royalty: | Yes |
| | | Licensor: | Genelco SA | | |
| | | Licensee: | Cephalon, Inc. | | |
| | | Duration: | 20 year(s) | Exclusive: | Exclusive |
| | | Other Payments: | | | |
| | | Territory: | Europe | | |
| | | Reference: | 1949 | Effective Date: | 12/01/2000 | Nonexclusive license to use the trademarks in connection with the |
| | | SIC Code: | 2834 | SEC Filed Date: | 11/14/2000 |

| # | Field | Value | Field | Value | Description |
|---|---|---|---|---|---|
| 6 | SEC Filer: | Carrington Laboratories Inc /TX/ | Royalty Rate: | 5.00 % | manufacture, marketing, advertisement, promotion and distribution of dermal management products under the trademarks Carrington, Carrasyn, CarraGauze, CarraSorb, CarraGinate, CarraFilm, SurgiSuites, CarraSmart, CarraDres, CarraColloid, CarraKlenz, UltraKlenz, MicroKlenz, CarraFoam, CarraWash, CarraFree, CarraScent, CarraFresh, CarraDerm, DiaB, and RadiaCare. |
|  | SEC Filing: | 10-Q PDF | Royalty Base: | Net Sales |  |
|  | Agreement Type: | Trademark | Tiered Royalty: | Yes |  |
|  | Licensor: | Carrington Laboratories, Inc. |  |  |  |
|  | Licensee: | Medline Industries, Inc. |  |  |  |
|  | Duration: | 5 year(s) | Exclusive: | Non-Exclusive |  |
|  | Other Payments: |  |  |  |  |
|  | Territory: | Canada; Puerto Rico; United States; Virgin Islands |  |  |  |
| 7 | Reference: | 4660 | Effective Date: | 09/01/2005 | Exclusive patent, technology and know-how license to use the "Donovex" trademark to import, store, distribute, use and sell products containing the pharmaceutical compound Calcipotriene, a vitamin D analogue with the formula C27H40O3 for human therapeutic use in the field of dermatology, with right to sublicense. |
|  | SIC Code: | 2834 | SEC Filed Date: | 01/05/2004 |  |
|  | SEC Filer: | Galen Holdings Plc | Royalty Rate: | 10.00 % |  |
|  | SEC Filing: | 20-F/A PDF | Royalty Base: | Net Sales |  |
|  | Agreement Type: | Trademark | Tiered Royalty: | Yes |  |
|  | Licensor: | Leo Pharma A/S |  |  |  |
|  | Licensee: | Galen (Chemicals) Ltd. |  |  |  |
|  | Duration: | 20 year(s) | Exclusive: | Exclusive |  |
|  | Other Payments: |  |  |  |  |
|  | Territory: | United States |  |  |  |
| 8 | Reference: | 8053 | Effective Date: | 07/21/2005 | Exclusive patent license to promote, distribute, market, advertise, sell or offer the extended release ciprofloxacin HCl pharmaceutical product under the "Proquin XR" trademark. |
|  | SIC Code: | 2834 | SEC Filed Date: | 11/09/2005 |  |
|  | SEC Filer: | Depomed Inc | Royalty Rate: | 25.00 % |  |
|  | SEC Filing: | 10-Q PDF | Royalty Base: | Net Sales |  |
|  | Agreement Type: | Patent Trademark | Tiered Royalty: | Yes |  |
|  | Licensor: | Depomed Inc |  |  |  |
|  | Licensee: | Esprit Pharma Inc |  |  |  |
|  | Duration: | 20 year(s) | Exclusive: | Exclusive |  |
|  | Other Payments: |  |  |  |  |
|  | Territory: | United States |  |  |  |
| 9 | Reference: | 10711 | Effective Date: | 01/01/2007 | Amendment to settlement regarding the "Levall" brand of cough and cold medication, including Levall 12, Levall 5, Levall-G and other products. |
|  | SIC Code: | 2834 | SEC Filed Date: | 02/26/2007 |  |
|  | SEC Filer: | Auriga Laboratories, Inc. | Royalty Rate: | 50.00 % |  |
|  | SEC Filing: | 8-K PDF | Royalty Base: | Net Sales |  |
|  | Agreement Type: | Asset Purchase Trademark | Tiered Royalty: | Yes |  |

Licensor: Auriga Laboratories, Inc.
Licensee: Athlon Pharmaceuticals, Inc.
Duration: Unknown  Exclusive: Unknown
Other Payments: Unknown
Territory: Unknown

Statistics | Go To | 2834 – Patent ( 9 ) | New Folder

Move Docs To | Copy Docs To

Delete From Archive




Fraud
Protection
Guaranteed
Click Here

Subscribe | Royalty Rate Search | Library | Valuation
Intellectual Property | Intangible Assets | Royalty Rates
Contact Us | Home

Copyright © RoyaltyStat LLC 04/17/2009
Website by Woodbourne Solutions