UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| RoyaltyStat LLC, | * | |
|     Plaintiff | * | |
| v. | * | |
| | * | |
| IntangibleSpring, Corp. | * | Case No.: 8:15-cv-03940-GJH |
| | * | |
| and | * | |
| | * | Hon. Paula Xinis |
| Raul Pacheco Quintanilla | * | |
| | * | |
|     Defendants. | | |

___

**PLAINTIFF'S AMENDED COMPLAINT
PURSUANT TO THE COURT'S
<u>JANUARY 10, 2018 MEMORANDUM OPINION AND ORDER</u>**

Pursuant to the Court's January 10, 2018 Memorandum Opinion and Order, Dkt. 52 ("Order"), Plaintiff RoyaltyStat, LLC ("RoyaltyStat"), by and through its undersigned attorney, hereby submits its Amended Complaint to address the lone pleading issue identified in the Order, *see* Dkt. 52 at 7-8, 10, and to update other details.  A clean copy of the Amended Complaint, a copy of the Amended Complaint in which stricken material has been lined through and new material has been underlined, and a copy of newly added Exhibit E are being filed herewith.

As can be seen from the Amended Complaint, Plaintiff has alleged that Defendants' false and misleading representations of fact were made in the course of offering their subscription services in interstate commerce.  Amended Complaint, ¶ 51.  This allegation is supported by at least the following factual averments:

    1.    Defendant IntangibleSpring, by and through its representative, John Di Giacomo, has declared under penalty of perjury that it has since April 1, 2013 been offering non-downloadable software for analyzing and evaluating the value of intangible property such as

royalties and license fees, the same products and services about which Defendants made the false and misleading statements of fact, in interstate commerce. *Id*., ¶ 9.

2. IntangibleSpring hosts its website located at [www.intangiblespring.com](www.intangiblespring.com), through which its services are rendered, through a domain host located in Houston, Texas. *Id*.

3. IntangibleSpring maintains a toll-free telephone number (888-743-5498) by and through which it solicits customers and potential customers throughout the United States. *Id*.; *see also* [http://intangiblespring.com/home/contracts/](http://intangiblespring.com/home/contracts/).

4. For all practical purposes, Defendant Pacheco is IntangibleSpring. Amended Complaint, ¶ 10.

Taken together with the remaining assertions that the Court has already found to be sufficient, Plaintiff has now sufficiently pled all elements of its false advertising claim against both Defendants. *See* Dkt. 52 at 6-8; *PBM Products, LLM v. Mead Johnson & Co*., 639 F.3d 111, 126-27 (4th Cir. 2011) (upholding injunction against false statement of facts made by defendant in interstate commerce regarding comparison of parties' products).

Plaintiff therefore respectfully requests that its Amended Complaint be entered, and Defendants be required to respond within fourteen days of the date of its service of the Amended Complaint.  *See* Fed. R. Civ. P. 15(a)(3).

Dated: January 17, 2018                Respectfully Submitted,

*/s/ Billy B. Ruhling, II*
Billy B. Ruhling, II (Fed. Bar No. 17827)
Cecil E. Key (Bar No. 805447)
DiMuroGinsberg, P.C.
1101 King Street, Suite 610
Alexandria, VA 22314
Tel: 703-684-4333
Fax: 703-548-3181
bruhling@dimuro.com
ckey@dimuro.com
*Counsel for RoyaltyStat LLC*

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on January 17, 2018, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will automatically serve the following counsel of record:

       John Anthony Di Giacomo
       Revision Legal, PLLC
       109 E. Front St., Suite 309
       Traverse City, Michigan 49684
       Tel: 231-714-0100
       Fax: 231-714-0200
       Email: john@revisionlegal.com

       John Paul Lynch
       McNamee Hosea Jernigan Kim Greenan and Lynch PA
       6411 Ivy Lane, Suite 200
       Greenbelt, MD 207770
       Tel: 301-441-2420
       Fax: 301-982-9450
       Email: jlynch@mhlawyers.com

*/s/ Billy B. Ruhling, II*
Billy B. Ruhling, II (Fed. Bar No. 17827)