Global Securities Information, Inc.
PO Box 50121
Washington, DC
20091
(202) 628-1155
FAX (202) 628-1133



| Number: | IN000068096 |
|---|---|
| Page: | 1 |
| Date: | 07/14/2000 |

**BILL TO**
Ednaldo Silva
Silva Analytics Inc.
5404 Blackistone Road
Bethesda, MD
20816
user: ESILVA01

| DESCRIPTION | Amount |
|---|---|

RESEARCH INVOICE

Reference / P.O. Number: NONE

Work Completed For: Ednaldo Silva

Order Date: 07/12/00

Completion Date: 07/12/00

Description:

   Research Minimum - Sent Cd Containing Agreements With Royalty Rate Fees

Order # 14075    Completed By: SRobinson

| | |
|---|---:|
| Service Fee: Standard | 25.00 |
| Shipping Fee For: Overnight Let. | 17.00 |
| Disbursment Fee: | 3,500.00 |

| | |
|---|---:|
| Subtotal before taxes | 3,542.00 |
| Total taxes | 177.10 |
| Total amount | 3,719.10 |
| Payment received | 0.00 |
| Amount due | 3,719.10 |



**EXHIBIT 3**

ACCT# 1003382857
ROYALTYSTAT LLC
ATTN EDNALDO SILVA
5404 BLACKISTONE RD
BETHESDA MD 20816-1821

**GSI**
GLOBAL SECURITIES INFORMATION
A division of West

| INVOICE # 814335654 | GSI CHARGES INVOICE<br>AUG 01, 2007 - AUG 31, 2007 | | | PAGE<br>1 |
|---|---|---|---|---|
| DESCRIPTION | | CHARGE | TAX | TOTAL CHARGE |
| GSI CHARGES | | 297.50 | 0.00 | 297.50 |

**IMPORTANT NEWS**
GSI is pleased to offer Westlaw Business, the first platform to combine relevant filings, law and guidance with tools designed exclusively for business law professionals. With LIVEDGAR, Securities center, and M&A center, Westlaw Business provides attorneys, librarians and researchers one single, easy to use resource for practice-specific research. To learn more about Westlaw Business, visit westlawbusiness.com.

FOR BILLING INFORMATION CALL
1-800-669-1154

1003382857                    P

RETURN BOTTOM PORTION WITH PAYMENT

| INVOICE # | 814335654 |
|---|---|
| INVOICE DATE | 09/01/2007 |
| ACCOUNT # | 1003382857 |
| VENDOR # | 41-1426973 |
| VAT REG# | EU826006554 |
| AMOUNT DUE | 297.50 |
| DUE DATE | 10/01/2007 |
| AMOUNT ENCLOSED $ | |

GSI CHARGES
AUG 01, 2007 - AUG 31, 2007

GSI Payment Center
P.O. Box 6292
Carol Stream, IL 60197-6292

ROYALTYSTAT LLC
ATTN EDNALDO SILVA
5404 BLACKISTONE RD
BETHESDA MD 20816-1821

0814335654 00000000000000000000000 20070901 ZCPG 000029750 0010 1003382857 3

**EXHIBIT 3**

**IMPORTANT NEWS**
GSI is pleased to offer Westlaw Business, the first platform to combine relevant filings, law and guidance with tools designed exclusively for business law professionals. With LIVEDGAR, Securities center, and M&A center, Westlaw Business provides attorneys, librarians and researchers one single, easy to use resource for practice-specific research. To learn more about Westlaw Business, visit westlawbusiness.com.

| ACCT# 1003382857 | BILLING DETAIL | INVOICE # 814335654 |
|---|---|---|
| ROYALTYSTAT LLC | | POSTING # 6047134349 |
| BETHESDA, MD 20816-1821 | AUG 01, 2007 - AUG 31, 2007 | PAGE 1 |

| DESCRIPTION | UNITS | CHARGE | TAX | TOTAL CHARGE |
|---|---|---|---|---|
| **SUMMARY OF CHARGES** | | | | |
| LIVEDGAR ENTERPRISE SOLUTION | | 297.50 | 0.00 | 297.50 |
| TOTAL SUMMARY OF CHARGES | | 297.50S | 0.00S | 297.50S |
| **TOTAL GSI CHARGES** | | **297.50G** | **0.00G** | **297.50G** |
| **DETAIL OF CHARGES** | | | | |
| <u>LIVEDGAR ENTERPRISE SOLUTION</u> | | | | |
| USAGE CHARGES | | | | |
| SESSION CHARGES | 10:49:00S | 1,460.25S | * * * * * | * * * * * |
| LOGIN CHARGES | 41S | 410.00S | * * * * * | * * * * * |
| TOTAL USAGE CHARGES | | 1,870.25T | * * * * * | * * * * * |
| TOTAL ENTERPRISE SOLUTION INCLUSION CHARGES | | 1,870.25T | * * * * * | * * * * * |
| ENTERPRISE SOLUTION ADJUSTMENT FOR AUG,2007 | | 1,572.75CR | * * * * * | * * * * * |
| TOTAL LIVEDGAR ENTERPRISE SOLUTION CHARGES | | 297.50SG | 0.00SG | 297.50SG |
| TOTAL DETAIL OF CHARGES | | 297.50SG | 0.00SG | 297.50SG |
| **TOTAL GSI CHARGES** | | **297.50G** | **0.00G** | **297.50G** |

THE RATES USED TO CALCULATE THESE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER
OR ARE BASED ON RETAIL RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE
THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL CHARGES.

| ACCT# 1003382857<br>ROYALTYSTAT LLC<br>BETHESDA, MD 20816-1821 | USER BY CLIENT BY DAY DETAIL<br><br>AUG 01, 2007 - AUG 31, 2007 | | INVOICE # 814335654<br>POSTING # 6047134349 | PAGE<br>1 |
|---|---|---|---|---|
| USER | | TIME | TRANSACTIONS | TOTAL CHARGE* |
| **DETAIL OF CHARGES** | | | | |
| COUTINHO, MARCIA | | | | |
| 123 | | | | |
| 08/01/07 | SPECIAL PRICING INCLUDED CHARGES(I) | | | |
| | SESSION CHARGES | 36:00 | | 81.00 |
| | LOGIN CHARGES | | 3 | 30.00 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 36:00I | 3I | 111.00I |
| 08/02/07 | SPECIAL PRICING INCLUDED CHARGES(I) | | | |
| | SESSION CHARGES | 29:00 | | 65.25 |
| | LOGIN CHARGES | | 2 | 20.00 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 29:00I | 2I | 85.25I |
| 08/03/07 | SPECIAL PRICING INCLUDED CHARGES(I) | | | |
| | SESSION CHARGES | 44:00 | | 99.00 |
| | LOGIN CHARGES | | 4 | 40.00 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 44:00I | 4I | 139.00I |
| 08/06/07 | SPECIAL PRICING INCLUDED CHARGES(I) | | | |
| | SESSION CHARGES | 12:00 | | 27.00 |
| | LOGIN CHARGES | | 1 | 10.00 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 12:00I | 1I | 37.00I |
| 08/07/07 | SPECIAL PRICING INCLUDED CHARGES(I) | | | |
| | SESSION CHARGES | 15:00 | | 33.75 |
| | LOGIN CHARGES | | 1 | 10.00 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 15:00I | 1I | 43.75I |
| 08/08/07 | SPECIAL PRICING INCLUDED CHARGES(I) | | | |
| | SESSION CHARGES | 20:00 | | 45.00 |
| | LOGIN CHARGES | | 1 | 10.00 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 20:00I | 1I | 55.00I |
| 08/09/07 | SPECIAL PRICING INCLUDED CHARGES(I) | | | |
| | SESSION CHARGES | 51:00 | | 114.75 |
| | LOGIN CHARGES | | 3 | 30.00 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 51:00I | 3I | 144.75I |
| 08/10/07 | SPECIAL PRICING INCLUDED CHARGES(I) | | | |
| | SESSION CHARGES | 13:00 | | 29.25 |
| | LOGIN CHARGES | | 1 | 10.00 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 13:00I | 1I | 39.25I |
| 08/17/07 | SPECIAL PRICING INCLUDED CHARGES(I) | | | |
| | SESSION CHARGES | 50:00 | | 112.50 |
| | LOGIN CHARGES | | 2 | 20.00 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 50:00I | 2I | 132.50I |
| 08/20/07 | SPECIAL PRICING INCLUDED CHARGES(I) | | | |
| | SESSION CHARGES | 3:35:00 | | 483.75 |
| | LOGIN CHARGES | | 11 | 110.00 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 3:35:00I | 11I | 593.75I |
| 08/21/07 | SPECIAL PRICING INCLUDED CHARGES(I) | | | |
| | SESSION CHARGES | 13:00 | | 29.25 |
| | LOGIN CHARGES | | 1 | 10.00 |
| | TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 13:00I | 1I | 39.25I |
| 08/23/07 | SPECIAL PRICING INCLUDED CHARGES(I) | | | |

* INCLUDES APPLICABLE TAXES

1003382857

974

P

**EXHIBIT 3**

THE RATES USED TO CALCULATE THESE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER
OR ARE BASED ON RETAIL RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE
THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL CHARGES.

| ACCT# 1003382857 ROYALTYSTAT LLC BETHESDA, MD 20816-1821 | USER BY CLIENT BY DAY DETAIL AUG 01, 2007 - AUG 31, 2007 | | INVOICE # 814335654 POSTING # 6047134349 | PAGE 2 |
|---|---|---|---|---|
| USER | TIME | TRANSACTIONS | TOTAL CHARGE* | |
| SESSION CHARGES | 13:00 | | 29.25 | |
| LOGIN CHARGES | | 1 | 10.00 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 13:00I | 1I | 39.25I | |
| 08/24/07 SPECIAL PRICING INCLUDED CHARGES(I) | | | | |
| SESSION CHARGES | 24:00 | | 54.00 | |
| LOGIN CHARGES | | 2 | 20.00 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 24:00I | 2I | 74.00I | |
| 08/27/07 SPECIAL PRICING INCLUDED CHARGES(I) | | | | |
| SESSION CHARGES | 11:00 | | 24.75 | |
| LOGIN CHARGES | | 1 | 10.00 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 11:00I | 1I | 34.75I | |
| 08/28/07 SPECIAL PRICING INCLUDED CHARGES(I) | | | | |
| SESSION CHARGES | 36:00 | | 81.00 | |
| LOGIN CHARGES | | 2 | 20.00 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 36:00I | 2I | 101.00I | |
| 08/29/07 SPECIAL PRICING INCLUDED CHARGES(I) | | | | |
| SESSION CHARGES | 16:00 | | 36.00 | |
| LOGIN CHARGES | | 1 | 10.00 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 16:00I | 1I | 46.00I | |
| 08/31/07 SPECIAL PRICING INCLUDED CHARGES(I) | | | | |
| SESSION CHARGES | 51:00 | | 114.75 | |
| LOGIN CHARGES | | 4 | 40.00 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 51:00I | 4I | 154.75I | |
| TOTAL COUTINHO,MARCIA CHARGES | 10:49:00S | 41S | 1,870.25S | |
| TOTAL DETAIL OF CHARGES | 10:49:00T | 41T | 1,870.25T | |
| CHARGES ASSIGNED TO USERS | 10:49:00T | 41T | 1,870.25T | |

* INCLUDES APPLICABLE TAXES                         1003382857

EXHIBIT 3