

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

## **LETTER ORDER REGARDING THE FILING OF DISCOVERY MOTIONS**

  To promote the just, speedy, and inexpensive resolution of this case, *see* Fed. R. Civ. P. 1, the following procedure will be followed with respect to the filing of **discovery motions** (such as motions to compel, motions for a protective order, or motions seeking the imposition of sanctions). Any party wishing to file a motion first will serve on all parties and file with the Court a letter (not to exceed three pages, single spaced) that includes a brief description of the planned motion and a concise summary of the factual and legal support for it. Unless I notify you otherwise, no response to the letter should be filed. Upon filing of the letter, I will schedule an expedited telephone conference (usually within a week) to discuss the requested motion and to determine whether the issues may be resolved or otherwise addressed without the need for formal briefing. The telephone conference does not take the place of the parties' obligation to meet and confer under the Federal Rules of Civil Procedure to attempt resolution of the issues without Court involvement.

  If I determine that the issues may not be resolved during the telephone call, I will consult with you to set a reasonable briefing schedule. If the letter described above is filed within the time allowed by the Federal Rules of Civil Procedure, Local Rules of Court, or any order issued by me in which to file the motion that the letter addresses, the time for filing the motion will be tolled to permit the scheduling of the telephone conference without the need to request an extension of time.

  Although informal, this is an Order of the Court and shall be docketed as such.

Dated: March 15, 2018

/S/
PAULA XINIS
United States District Judge

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**