UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ROYALTYSTAT, LLC,

    Plaintiff,

    v.

INTANGIBLESPRING CORPORATION, et al.,

    Defendants.

Civil Action No. PX -15-3940

**AMENDED SCHEDULING ORDER**

For the reasons discussed during today's conference call, and with agreement of the parties, the Scheduling Order in this case shall be amended as follows:

| Date | Event |
|---|---|
| May 31, 2018 | Motions to amend the pleadings or for joinder of additional parties |
| June 29, 2018 | Initial expert disclosures |
| July 30, 2018 | Responsive disclosures |
| August 30, 2018 | Completion of discovery; submission of Post-Discovery Joint Status Report |
| September 6, 2018 | Request for admission |
| September 17, 2018 | Dispositive pretrial motions |

Dated: March 19, 2018

                                                  /S/
                                          Paula Xinis
                                          United States District Judge