# EXHIBIT A

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-6230210461

## Mail Certificate

Revision Legal, PLLC
John Di Giacomo
109 E. Front St.
Suite 309
Traverse City, MI 49684 United States

**Priority:**   Special Handling   **Application Date:**   January 24, 2018

## Correspondent

**Organization Name:**   Revision Legal, PLLC
**Name:**   John Di Giacomo
**Email:**   john@revisionlegal.com
**Telephone:**   (231)714-0100
**Fax:**   (231)714-0200
**Address:**   109 E. Front St.
Suite 309
Traverse City, MI 49684 United States

Registration Number

# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | Contribution to RoyaltyStat database |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2003 |
| **Date of 1st Publication:** | August 24, 2003 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Raul Pacheco |
| **Author Created:** | text, compilation of data |
| **Citizen of:** | Mexico |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Raul Pacheco |
| | 109 E. Front St., Suite 309, Traverse City, MI, 49684, United States |

## Limitation of  copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | text, compilation of data |
| **New material included in claim:** | text, compilation of data |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Revision Legal, PLLC |
| **Name:** | John Di Giacomo |
| **Email:** | john@revisionlegal.com |
| **Telephone:** | (231)714-0100 |
| **Address:** | 109 E. Front St. |
| | Suite 309 |
| | Traverse City, MI 49684 United States |

## Certification

**Name:**   John Di Giacomo
**Date**:   January 24, 2018