

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

August 28, 2018

Re:   15-3940, *RoyaltyStat, LLC v. IntangibleSpring Corp., et al.*

### LETTER ORDER

This letter order memorializes the Court's orders in yesterday's scheduling conference call.

**Briefing on RoyaltyStat, LLC's proposed second amended complaint** (ECF Nos. 94, 95)
Defendants may file their opposition by letter pleading not to exceed three (3) pages, exclusive of exhibits, on or before August 31, 2018. RoyaltyStat, LLC, may file a reply by letter pleading also not to exceed three (3) pages, exclusive of exhibits, on or before September 4, 2018.

**Amended Scheduling Deadlines** (ECF No. 86). The request for extension of time to complete discovery (ECF No. 86) is GRANTED. The new deadlines are:

| | |
|---|---|
| Close of discovery | October 29, 2018 |
| Requests for admissions | October 29, 2018 |
| Dispositive pretrial motions | November 12, 2018 |

By August 31, 2018, the parties shall submit a joint proposed scheduling order with additional, intermediate deadlines, to include milestone dates to exchange electronically stored information and inspect relevant databases. The court will not grant additional extensions absent a showing of extraordinary circumstances.

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

Sincerely,

_____/S/_____
PAULA XINIS
United States District Judge