# EXHIBIT 1

# EXHIBIT F

Registration #:   TX0008580811
Service Request #:   1-2979491621

DiMuroGinsberg P.C.,
Cecil Key
1101 King Street, Suite 610,
Alexandria,, Virginia, 22314

RoyaltyStat-001468

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kany A. Cogle*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-580-811

**Effective Date of Registration:**
December 21, 2015

---

## Title

**Title of Work:** RoyaltyStat Royalty Tableau

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 20, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** RoyaltyStat, LLC
**Author Created:** selection, coordination, and arrangement of data, original text
**Work made for hire:** Yes
**Citizen of:** United States
**Anonymous:** No
**Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** RoyaltyStat, LLC
5335 Wisconsin Ave., N.W., Suite 920,, Washington,, D.C., 20015-2084

## Limitation of copyright claim

**Material excluded from this claim:** previously registered version
**Previously registered:** Yes
**Previous registration and year:** TX0007233781, 2009

**New material included in claim:** new compilation of data, original text

## Certification

**Name:** Cecil E. Key
**Date:** December 21, 2015

Page 1 of 2

RoyaltyStat-001469

**Correspondence:** Yes



RoyaltyStat-001470