**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (GREENBELT DIVISION)**

| | |
|---|---|
| ROYALTYSTAT LLC, <br><br> Plaintiff/Counter Defendant, <br><br> v. <br><br> INTANGIBLESPRING, CORP. and, <br> RAUL PACHECO QUINTANILLA, <br><br> Defendants/Counter Plaintiffs, <br><br> v. <br><br> EDNALDO SILVA, <br><br> Counter Defendant. | Case No.: 8:15-cv-03940-PX |

**JOINT LETTER CONCERNING PARTIES' DATABASES**

In accordance with the Court's August 28, 2018 Order, ECF No. 97, the parties' have agreed to provide the Court with a protocol for making their respective databases available for inspection by the other party within fifteen (15) days of this letter.

Respectfully Submitted,

Date:  August 31, 2018

/s/  John P. Lynch
John P. Lynch
McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
Phone: 301.441.2420
Fax: 301.982.9450
jlynch@mhlawyers.com Attorneys for Counter-Plaintiffs

2

    /s/ John Di Giacomo
John Di Giacomo
*Pro Hac Vice*
Revision Legal, PLLC 444
Cass St., Suite D
Traverse City, MI 49684
john@revisionlegal.com Attorneys for Counter-Plaintiffs

/s/ Billy B. Ruhling, II
Billy B. Ruhling, II
DiMuroGinsberg PC
1101 King Street
Suite 600
Alexandria, Virginia 22314
bruhling@dimuro.com
Plaintiff