

UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

CHAMBERS OF
Paula Xinis
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0653

October 3, 2018

Re: 15-3940, *RoyaltyStat, LLC v. IntangibleSpring Corp., et al.*

### LETTER ORDER

Pending before the Court are motions to dismiss and for leave to file a second amended complaint. ECF Nos. 73, 94. In advance of the October 15 hearing, the parties should prepare argument on all issues pertaining to these two motions. The parties should place particular emphasis on the issues referenced in ECF No. 74 at 8–11 ("Defendants Still Have Not Shown There Is At Least An Application In Proper Form on Which Pacheco's Copyright Claims Can Be Based"); ECF No. 75 at 15–17 ("Counter-Defendants' 'Proper Form' Is a Non-Existent Standard"); and ECF No. 76 at 4–5 ("Pacheco Cannot Establish a Right to Sue Under the Copyright Statute").

To the extent that the parties wish to supplement the legal authorities cited on the pages specifically identified above, each party may file supplemental cases, on which the parties will rely at argument, in pdf format with the relevant portions highlighted in yellow, on or before close of business on **Thursday, October 11, 2018.**

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

Sincerely,

\_\_\_\_\_/S/_____
PAULA XINIS
United States District Judge