**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ROYALTYSTAT, LLC, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 8:15-cv-3940-PX |
| INTANGIBLESPRING, CORP., et al., | * | |
| Defendants | * | |
| | *** | |

## <u>ORDER</u>

For the reasons stated in the foregoing Memorandum Opinion, it is this 25 day of

October, 2018, by the United States District Court for the District of Maryland, ORDERED that:

1. The Motion to Dismiss (ECF No. 73) filed by Counter Defendants RoyaltyStat,

   LLC, and Ednaldo Silva BE, and the same hereby IS, GRANTED;

2. The Amended Counterclaims (ECF No. 72) filed by Counter Plaintiffs

   IntangibleSpring, Inc. and Raul Pacheco Quintanilla BE, and the same hereby

   ARE, DISMISSED; and

3. The Clerk is DIRECTED to TRANSMIT copies of this Memorandum Opinion

   and Order to counsel for the parties.


October 25, 2018_____         _____/S/_____
Date                                      Paula Xinis
                                           United States District Judge