IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROYALTYSTAT, LLC

    Plaintiff,

v.

INTANGIBLESPRING, INC., E T AL

    Defendant.

Case No. 8:15-cv-03940-PX

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒ Exhibit __A__ which is an attachment to __Defendants' Memorandum in Support of Motion for Summary Judgment__

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐ _____
(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by __February 2, 2019__.

February 1, 2019
Date

/s/
Signature

John A. Di Giacomo (P73056)
Printed Name and Bar Number

444 Cass St., Ste. D, Traverse City, MI 49684
Address

John@RevisionLegal.com
Email Address

231-714-0100
Telephone Number

231-714-0200
Fax Number