**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

ROYALTYSTAT, LLC,                           *

       Plaintiff,                       *

     v.                             *       Civil Action No. 8:15-cv-03940-PX

INTANGIBLESPRING, CORP., *et al.*,     *

       Defendants.                  *
                                        ***

## <u>ORDER</u>

For the reasons stated in the foregoing Memorandum Opinion, it is this 1st day of August, 2019, by the United States District Court for the District of Maryland, ORDERED that:

1. The request for return of Exhibit 4 to ECF No. 141 (ECF No. 146) filed by Plaintiff RoyaltyStat, LLC, BE, and the same hereby IS, DENIED;

2. The Motion for Summary Judgment (ECF No. 135) filed by Plaintiff RoyaltyStat, LLC, BE, and the same hereby IS, DENIED;

3. The Motion for Summary Judgment (ECF No. 123) filed by Defendants IntangibleSpring, Inc., and Raul Pacheco Quintanilla BE, and the same hereby IS, GRANTED in part and DENIED in part;

4. Summary Judgment on Count IV, Tortious Interference with Contract, and part of Count II, False Advertising in Violation of the Lanham Act (all allegedly false advertising except for the statement on IntangibleSpring's website about the number of agreements added monthly), of the Second Amended Complaint (ECF No. 112) BE, and the same hereby IS, ENTERED in favor of Defendants IntangibleSpring, Inc., and Raul Pacheco Quintanilla;

5.  The parties SHALL file any objections to the redactions in the Memorandum

    Opinion within **fourteen days** of the date of this Order; and

6.  The Clerk is directed to TRANSMIT copies of the foregoing Memorandum

    Opinion and this Order to counsel for the parties.

8/1/2019 _____                    _____ /S/ _____

Date                                                 Paula Xinis
                                                     United States District Judge