# EXHIBIT I

**From:** Cecil Key <CKey@dimuro.com>
**Date:** Monday, November 12, 2018 at 4:15 PM
**To:** John Di Giacomo <john@revisionlegal.com>
**Cc:** Anderson Duff <anderson@revisionlegal.com>, Bill Ruhling <BRuhling@dimuro.com>
**Subject:** RoyaltyStat v. IntangibleSpring - IntangibleSpring Database Production

John:

Mr. Fendrick has begun the review of IntangibleSpring's database, and we need additional information for that review to move forward.  We appear to have a CSV file report for IntantigbleSpring's database, but information such as document type (e.g. 10K) or exhibit number does not appear to be included.  The resulting data is not sufficient to assess the selection, coordination and arrangement in the entire database.  We therefore need IntangibleSpring to provide: (1) its database schema; (2) reference to source data (e.g., SEC exhibit number and link to SEC source file); and (3) the "autoid" for IntangibleSpring's records, including the "autoid" for the initial 10,000 records imported into the database.  Please let us know when this information will be provided so that Mr. Fendrick can move forward with the review under the agreed-upon schedule.

Cecil E. Key
DGKeyIp Group
1750 Tysons Blvd., Suite 1500
Tysons Corner, Virginia 22102
Phone: 703-289-5118
Fax: 703-388-0648
Cell: 703-472-5976