# EXHIBIT 2

**From:** Lukas | RoyaltyRange <lukas.balciunas@royaltyrange.com>
**Sent:** Friday, May 29, 2015 8:42 AM -05:00
**To:** asiakovrigina@gmail.com <asiakovrigina@gmail.com>
**Subject:** Re: RoyaltyRange - Request
**Attachment(s):** "PrimaryReport_ORDRR_11751_29.05.2015.xlsx","PrimaryReport_ORDRR_11752_29.05.2015.xlsx"

Dear Ksenia,

Thank you for your request.

Following your search strategy, we have conducted the search and prepared the primary reports, which you may find attached with this email. Your first search strategy resulted in inclusion of agreements related to patents and technology for pharmaceutical goods within the territory of Europe. As for your second request, the agreements are related to software products within Europe and remuneration is based on net sales.

Regarding your first request related to pharmaceutical products (ORDRR_11751), we have prepared a total of 141 reports. For your convenience we have placed the most relevant agreements at the top of the list.

As for your second request (related to software (ORDRR_11752)), we have prepared a total of 127 reports for your further review. Please note that the remuneration base of some agreements is other than net sales but of similar nature (e.g. gross sales, revenues, etc.).

The usual price is EUR 450 plus VAT for 1-20 reports and EUR 100 plus VAT for an additional set of up to 10 reports from one request. This price covers our conducted search and preparation of the reports. Please note that you may refine the search strategy without any payment if you would like to receive more or different results.

Together with your selection please indicate the billing details and VAT number, if applicable.

Let us know if you have any questions and when you are ready to proceed.

Kind regards,

Lukas Balciunas

Senior Consultant

--
RoyaltyRange
Registered Office: 138 South Street,
Romford, RM1 1TE, United Kingdom
Telephone: +44 20 3734 7558
E-mail: info@royaltyrange.com
Website: www.royaltyrange.com

This e-mail is intended for the addressee only. The information contained in this e-mail message and any attached files is confidential and may be subject of legal professional privilege. If you received this e-mail by mistake, you are hereby notified that any disclosure, copying or distribution of any part of this information is strictly unauthorised. Please delete this e-mail with all and any attached files without producing, distributing or retaining copies thereof. Thank you.

On Fri, May 29, 2015 at 10:22 AM, Lukas | RoyaltyRange<lukas.balciunas@royaltyrange.com> wrote:
> Dear Ksenia,
>
> Thank you for your interest in RoyaltyRange one search service.
>
> To answer your first question, I would like to mention that during one search service we take the provided search criteria and perform a thorough search in our database and deliver the results for your review. At first, the results are presented in a list of free primary reports containing all pertinent information about particular agreements, with the exception of royalty rates, other remuneration terms and the names of the parties involved in the transactions. You then choose which reports you would like to purchase and see in full. After the purchase you will get final reports which will also include PDF files of full texts of your selected agreements.
>
> Regarding the second question, I could say that our database contains licensing transactions that cover both European territories and other territories (e.g. worldwide) as well.
>
> We will get back to you with our search results (primary reports) later today, you will be able to review them and choose the most relevant ones.
>
> Kind regards,
>
> Lukas Balciunas
>
> Senior Consultant



RoyaltyRange
Registered Office: 138 South Street,
Romford, RM1 1TE, United Kingdom
Telephone: +44 20 3734 7558
E-mail: info@royaltyrange.com
Website: www.royaltyrange.com

This e-mail is intended for the addressee only. The information contained in this e-mail message and any attached files is confidential and may be subject of legal professional privilege. If you received this e-mail by mistake, you are hereby notified that any disclosure, copying or distribution of any part of this information is strictly unauthorised. Please delete this e-mail with all and any attached files without producing, distributing or retaining copies thereof. Thank you.

<asiakovrigina@gmail.com>

Request type:

*One search*

Request:

*Hello, Im considering to request two searches, but before I do I need to know if: a. I will get the full text of the agreements (transfer pricing support documentation), and b. if you provide solely intra-european agreements. I've looked at your competitor but all agreements include a US party... The searches are: 1. type: patent, technology, industry: pharmaceutical 2. base: net sales; industry: software thanks, Ksenia*

Territory: europe