# EXHIBIT 3

| | |
|---|---|
| **From:** | notifications@logikcull.com |
| **Sent:** | Friday, January 4, 2019 6:44 PM |
| **To:** | Cecil Key |
| **Subject:** | John from Revision Legal has shared a file with you via Logikcull |



# A file has been shared with you

Hi there,

John Di Giacomo at Revision Legal has invited you to access and download the file **VOLUME000011** on Logikcull.

John included the message:

*"Please see for production Defendants' expert report. Please note that the report and all associated exhibits are marked CONFIDENTIAL."*

**PLEASE NOTE:** Only the recipient of this email can download from this link. If you forward this email, they will not have access.

**View the file**

Be ZIP file ready.

1

The file shared with you is a .zip file, which is a compressed file format that contains other files (i.e. PDFs). You will need a tool like Winzip or Winrar to extract the contents. Download Winzip **here** (it's a free tool used by millions of people around the world).

Download and unzip your shared file. Once you have Winzip installed you can extract the contents of the .zip file. Simply double-click the .zip file and choose a folder to extract the contents to (note: if you have a multi-part .zip file you will need to download all parts before you can unzip). Your .zip file may contain a folder structure that looks like this:

- **DATA** - This folder, if present, contains a cross reference file that includes document numbers and metadata
- **IMAGES** - This folder, if present, contains either PDFs or TIFF images
- **NATIVE FILES** - This folder, if present, contains original/native files like .MSG (email), .XLS (excel), etc.
- **TEXT** -This folder, if present, contains text files that were extracted or OCRd via the Logikcull processing engine

*Note: If you'd rather review this information directly in the browser, and avoid downloading the data, let us know. Logikcull can seamlessly make this data available for review, searching, tagging, redacting, and commenting.*

*Call us with any questions or if you need help reviewing the data. 1-844-363-3347 or* **support@logikcull.com**

All the best,
The Logikcull Team

*Logikcull is a legal intelligence platform that helps solve the complex data challenges associated with electronic discovery, internal investigations, subpoena response, FOIA, claims processing and more. Read more at:* **www.logikcull.com**

© Logik Systems Inc., 111 Sutter Street, 14th Floor, San Francisco, CA 94104, USA 1-800-951-5507

| | |
|---|---|
| **From:** | notifications@logikcull.com |
| **Sent:** | Friday, January 4, 2019 6:47 PM |
| **To:** | Cecil Key |
| **Subject:** | John from Revision Legal has shared a file with you via Logikcull |



## A file has been shared with you

Hi there,

John Di Giacomo at Revision Legal has invited you to access and download the file **VOLUME000012** on Logikcull.

John included the message:

*"Please see enclosed additional production related to Defendants' expert report."*

> **PLEASE NOTE:** Only the recipient of this email can download from this link. If you forward this email, they will not have access.

**View the file**

Be ZIP file ready.

1

> The file shared with you is a .zip file, which is a compressed file format that contains other files (i.e. PDFs). You will need a tool like Winzip or Winrar to extract the contents. Download Winzip **here** (it's a free tool used by millions of people around the world).
>
> Download and unzip your shared file. Once you have Winzip installed you can extract the contents of the .zip file. Simply double-click the .zip file and choose a folder to extract the contents to (note: if you have a multi-part .zip file you will need to download all parts before you can unzip). Your .zip file may contain a folder structure that looks like this:
>
> - **DATA** - This folder, if present, contains a cross reference file that includes document numbers and metadata
> - **IMAGES** - This folder, if present, contains either PDFs or TIFF images
> - **NATIVE FILES** - This folder, if present, contains original/native files like .MSG (email), .XLS (excel), etc.
> - **TEXT** -This folder, if present, contains text files that were extracted or OCRd via the Logikcull processing engine
>
> *Note: If you'd rather review this information directly in the browser, and avoid downloading the data, let us know. Logikcull can seamlessly make this data available for review, searching, tagging, redacting, and commenting.*
>
> *Call us with any questions or if you need help reviewing the data. 1-844-363-3347 or* **support@logikcull.com**

All the best,
The Logikcull Team

*Logikcull is a legal intelligence platform that helps solve the complex data challenges associated with electronic discovery, internal investigations, subpoena response, FOIA, claims processing and more. Read more at:*
**www.logikcull.com**

© Logik Systems Inc., 111 Sutter Street, 14th Floor, San Francisco, CA 94104, USA 1-800-951-5507

2