# EXHIBIT C

```
 1            A     Oh, yeah, totally at Sensei, yes.
 2            Q     Okay.
 3            A     In there, basically, I had access to
 4    the two files, a flat file, so XLS and CSV file at
 5    Sensei.  And I had access to the loaded
 6    IntangibleSpring data in SQL Server.  And then I
 7    then took the -- since he hadn't done it, I then
 8    took the RoyaltyStat data and loaded that in.
 9            Q     Okay.
10            A     And I assume that's what your expert
11    used, I don't know, or if he did it himself.
12                  But as of -- you know, I don't believe
13    there was another -- other than what I loaded in,
14    I don't know where this -- he may have had to load
15    it in because he probably wouldn't have access to
16    the data I had.
17            Q     Now, your report says that you did --
18    first did a preliminary match of
19    licensee/licensor, royalty rate between the
20    IntangibleSpring and the RoyaltyStat database.
21            A     Yes.
22            Q     How did you do this?
```

```
 1          A     Using SQL.
 2          Q     Walk me through the steps to do this.
 3          A     Okay.  So, basically -- how -- should I
 4   assume you know anything, or you're totally
 5   non-technical?  I'm sorry.
 6          Q     I know a little bit about SQL.  But for
 7   the purposes of the deposition transcript, and for
 8   the purposes of the judge, who has no time to
 9   learn SQL, let's try to be as parochial as we can.
10          A     So explain everything?
11          Q     Please.
12          A     Okay.  So you had Table A and Table B.
13   So each one had several columns.
14          Q     And, I'm sorry to interrupt you.  But
15   when you say "Table A and Table B" --
16          A     I'm sorry.  Table A, we'll just say,
17   will have the IntangibleSpring database and the
18   RoyaltyStat database.  And they are two tables
19   loaded up.  And what I want to do is I basically
20   want to say where -- and we'll just -- we'll use
21   RS and IS.  How about that?  So.
22                RS has a field called licensor.  IS has
```

Transcript of John Fendrick (Expert)
Conducted on January 15, 2019 39

```
1    a field called licensor.  RS has a field called
2    licensee.  So does IS.  And they both have -- one
3    was called, I think -- I'd have to look -- but it
4    was either royalty or royalty rate.  The other
5    one, I think, is called royalty rate high.
6              So you basically can write a query that
7    match the two together.  And you basically say
8    that -- okay, let me back up again.
9              Each table has a field.  It's called
10   "primary key," it's an identifier, unique
11   identifier.  And in RoyaltyStat's case, it's
12   called auto ID, and IntangibleSpring's case it's
13   called ID.  To that -- with that number, you can
14   go in and pull out any records you want on both
15   sides.
16             So what I did is I wrote a query that
17   would give me -- basically it would say RS,
18   RS.licensor equals IS.licensor and RS.licensee
19   equals RS.licensee, and royalty rate equals -- the
20   two royalty rates equal.  So when you put these
21   two equal, you then get all the results coming
22   back.
```

1          I preliminarily did this and I got
2    back -- I'm going to guess -- I don't know, 2- or
3    3,000 results.
4          I then looked at it -- okay, let me
5    back up.  There were about 10,000-plus records in
6    RoyaltyStat, and I believe there's around 17 --
7    15-, 17,000 in IntangibleSpring.  I don't have the
8    exact numbers, but it's approximately that.
9       Q   I understand.
10      A   And I looked at this and I wasn't very
11   happy.  I was, like, well why is what I consider
12   the error rate so high?
13      Q   I'm sorry.  When you say "error
14   rate" --
15      A   The error rate numbers.  Because if I
16   only matched, say, 2- or 3,000 of 10,000.  Now, of
17   the 17,000 in IntangibleSpring, I'm only trying to
18   match the ones in RoyaltyStat.
19          So I'm only -- I don't care what's in
20   IntangibleSpring outside of the match for
21   RoyaltyStat.  So, essentially, I'm just saying,
22   okay -- and I'm going to use the number 10,000.

Transcript of John Fendrick (Expert)
Conducted on January 15, 2019
41

1   It was, like 10,500 or something.  But out of the
2   10,000 records, if I could match, say, 2- or 3,000
3   of them initially, why can't I match the rest?
4           So, essentially, I started looking to
5   see where the other ones didn't match.
6           So the first thing I looked at, you
7   know, basically, I was just looking across, and I
8   realized that -- so in some cases you have a
9   license -- you know, I'll use the field licensor.
10  You might say the licensor is Walmart.  In another
11  case you might say it's Walmart and John Smith.
12          So in RoyaltyStat's case, whenever they
13  have a person, they had -- they would put John
14  Smith, an individual.  In IntangibleSpring's case
15  you just -- and so it might say, like, Walmart,
16  either comma or semicolon.  Walmart, John Smith.
17  This other one might be Walmart, John Smith.  Now,
18  whether it's comma or semicolon, there are
19  differences between database.  But essentially,
20  let's assume they're all the same.
21          So I had to remove the "an individual"
22  part.  So I then changed my query, and then got

```
 1   the error rate to go up higher.
 2              I then -- well, before that, I actually
 3   had to deal with one actually has commas in
 4   between and I think one has semicolons.  I had to
 5   deal with that.
 6              I think I did this one or two times.  I
 7   eventually got up to in the 5- to 6,000-match
 8   range.
 9              I then looked at that and said, okay,
10   if I'm getting 50 to 60 percent data, that's
11   acceptable.
12              My belief is if I kept looking, I could
13   get better.  And so --
14        Q    I don't mean to interject.
15        A    Okay.
16        Q    I just want to interrupt you just for a
17   second, just so I understand.
18              When you were performing this analysis,
19   you were looking for the similarities between
20   licensee/licensor royalty rate.
21        A    Uh-huh.
22        Q    Why were you -- what was the premise or
```

1    the hypothesis in looking at those first?
2         A    So when I started with this, I actually
3    hadn't realized that there was this key in
4    IntangibleSpring, that if I looked at the document
5    number, I would actually find, and could use that
6    as I could.
7              So I looked at the fields that were
8    provided.  The ID -- the auto ID on one side
9    doesn't match the ID on the other side.
10        Q    Sure.
11        A    So I started looking at fields and
12   thinking, okay, well, what's going to be unique?
13             Based upon my prior knowledge, you
14   know, I knew that, you know, basically, each
15   license agreement is coming from a licensor, and
16   it's going to somebody else, the licensee.
17             And so if you put these together, you
18   get the royalty rate.  You may have some that will
19   make it some duplicates.  Where there are cases
20   where, you know, Company A licenses Company B.
21   Multiple different things with the exact same
22   rate.  It's -- they're in there.  I mean, I'm

1  not -- there will be some.  There is some error in
2  there.
3           But I believe it's statistically pretty
4  insignificant based on what I realize -- what I
5  found.
6           So pretty much, because I'd gone
7  through -- if the -- like, RoyaltyStat, I believe,
8  has a field called "Exhibit Number," like 10. --
9  you know, 10.4 or something.  But IntangibleSpring
10 didn't.  So -- because if I had had that,
11 actually, I could have gone back.
12          There was no -- I looked at, you know,
13 basically, IntangibleSpring didn't put -- you
14 know, didn't put more of the source information
15 that RoyaltyStat had.
16          So I basically was looking to figure
17 out which fields I could use, and I came up with
18 those three.
19          As I said, I mean, later, I did review
20 the -- your expert witness testimony.  I read his
21 report.  Like, it was a relatively quick review.
22          And as he was writing it, it suddenly

1  hit me, because he mentioned something about how
2  he had looked at the agreement number in there.
3  Because I did use the agreement number later for
4  another purpose.  But I suddenly realized if I had
5  actually used that agreement number, I actually
6  probably could have -- I probably could have done
7  around 90 percent relatively easily, because the
8  way -- I'm sure we'll get into this in a moment --
9  but the agreement number is in the order of the
10 keys from Royalty.  So I could have written a
11 program to go and just walk my way down the two
12 groups in the order of the auto ID from
13 RoyaltyStat and the order of the documents, and I
14 could have matched.  I just have to deal with
15 skips.
16          But at that point, maybe even 95,
17 99 percent.  Relatively easy if I had done that.
18 But that's not what I chose to do because I
19 actually didn't realize that was there at first.
20          So at first I was working on just
21 matching the data with what I saw.
22     Q    Okay.  So you got this result of 5- to

```
 1    6,000 matches.
 2         A    Uh-huh.
 3         Q    And you took this -- it's my
 4    understanding of your testimony, that you took
 5    this 5- to 6,000 match as a representative sample
 6    of the IntangibleSpring database as a whole; is
 7    that correct?
 8         A    Yes.
 9         Q    What did you do next to analyze these
10    matches that you had identified?
11         A    So I then -- I looked at certain
12    fields.  Like I said, I worked my way across and I
13    looked at some of the fields.  So I looked at,
14    like -- well, first I started looking at, like,
15    territory -- what I will call -- so when you have
16    a database, you typically have, essentially, what
17    I would call reference tables.  So, for example,
18    like, territory or country.
19              So these are -- typically, you're
20    pulling from a drop-down list and someone would
21    say, you know, "This agreement is related to nine
22    states," or "This agreement is related to
```

1  something."
2           So, typically, there's a drop-down
3  where there's something you're picking from a
4  list.
5           So I was looking for -- I was going
6  through these other fields to see if they were
7  similar or not.  Now, clearly, a country list is a
8  country list.  There's nothing, you know, to say.
9  There's not.  You know, and, essentially, I was
10 trying to see how close they were.  What I found
11 is most of them, they are either things like
12 country, where I felt that even if they were the
13 same, they are -- there's no difference on them,
14 or they -- IntangibleSpring had added additional
15 things in.
16          So, for example, exclusivity in the
17 RoyaltyStat case is, I believe, yes, there were
18 unknown.  And in the IntangibleSpring case it's
19 exclusive, nonexclusive, unknown, and then they've
20 got, like, eight or ten other things.
21          Now, I don't know how many of those.  I
22 didn't actually go through and do a frequency

```
 1   count.  But essentially I determined, looking at
 2   those, there wasn't enough variation in them --
 3   or, I'm sorry -- there wasn't another commonality
 4   in them to be able to point out that this was
 5   significantly -- that they were significantly the
 6   same that was different than what I felt would
 7   just happen.  So essentially I was sort of working
 8   my way through.
 9             You know, I did look and sort of -- but
10   I knew that one of the main things I wanted to be
11   looking at, eventually, was the description field.
12   So eventually I got over to the description field.
13        Q    And I want to stop you there because
14   there's some stuff that I want to ask you.  We'll
15   get to the description field in a bit.  But
16   there's some things I want to ask you about your
17   conclusions.
18             In your report you conclude that
19   approximately 50 to 60 percent of the data
20   provided by RoyaltyStat had been matched with
21   IntangibleSpring's database.
22        A    Uh-huh.
```