# **EXHIBIT E**

1    A   Starting on Page 25, Figure 6; Figure 7 on
2  Page 26; Figure 8 on Page 27; Figure 9 on Page 28;
3  also, Table 18 on Page 29.
4       And those were corresponding exhibits that
5  associated with those figures.
6    Q   Okay.  We can dig into this a little bit
7  deeper, but I'll just go back to Figure 6 on
8  Page 25, which I believe is the first one you
9  mentioned.  Can you give us an overview of what
10 data changed in Figure 6 from the prior version?
11   A   Yeah.  So when -- so I ran part of the
12 analysis of looking at and comparing the database.
13 I wrote a tool to help do some of the analysis, and
14 when I produced a report -- or early on I was
15 running a tool against some sample data and so when
16 I took the data from Sensei offsite to run on the
17 actual data, I didn't find out until after I
18 submitted the report that it included the sample
19 data that I had previously been working with as far
20 as testing the tool.
21      And so this amended report should reflect
22 the actual real data, so to speak.  So I went back

1  and I had to rerun the tool against the nontest
2  sample database to produce the current results.
3       Q    And when you say when you removed from
4  Sensei, what did you mean by that?
5       A    The -- exporting the information from on
6  site.
7       Q    And when did you first export the
8  information from Sensei?
9       A    I don't remember the actual -- the date
10 offhand, but there was probably a few occasions.
11      Q    The data that you exported, was it only
12 IntengibleSpring or did it include RoyaltyStat's as
13 well?
14      A    Both.
15      Q    How many times did you visit Sensei?
16      A    Six or seven, maybe.
17      Q    And the exports that you were mentioning,
18 were those done intermittently with the visits to
19 the -- the six or seven visits to Sensei?
20      A    They were a part of the visits.
21      Q    All right.  I'm sorry, I'm trying to get --
22 this is what I'm trying to understand:  The

```
 1   exported data, where did you export it to?
 2        A    To -- well, they actually sent -- personnel
 3   at Sensei, they exported to a thumb drive that they
 4   gave me, and that thumb drive has been in my sole
 5   possession the entire time.
 6        Q    So that's helpful.  So what I'm really
 7   asking is that during the course of the six or
 8   seven visits, you, on more than one occasion, took
 9   away a thumb drive with information exported; is
10   that correct?
11        A    Yes, sir.
12        Q    Do you know how many times you took away
13   exported information?
14        A    Offhand, no.
15        Q    All right.
16             So going back to Figure 6, you mentioned
17   that you were -- I guess essentially you wanted to
18   make sure you ran on the intended dataset.  That's
19   the error you're correcting.  Did I get that right?
20        A    That's correct.
21        Q    So if we look at Figure 6, can you -- and I
22   could pull the other report if we need to do this,
```