UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

ROYALTYSTAT, LLC,
a Maryland limited liability company,

  Plaintiff and Counter-Defendant,  Case No.: 8:15-cv-03940-GJH

  v.  Hon. Paula Xinis

INTANGIBLESPRING, INC.,
a Panamanian corporation,

and

RAUL PACHECO QUINTANILLA,
a resident of the United Mexican States,

  Counter-Plaintiffs and Defendants,

  v.

EDNALDO SILVA,
a resident of the State of Maryland,

  Counter-Defendat.

---

# MOTION FOR WITHDRAWAL OF ATTORNEY

Attorneys for Defendants IntangibleSpring and Raul Pacheco, Revision Legal, PLLC, hereby file this Motion for Withdrawal of Attorney Anderson Duff from this case and all ECF correspondence. Attorney Duff is no longer employed by Revision Legal, PLLC and is no longer authorized to represent Defendants.

Dated: October 07, 2020

            *Attorneys for Defendants*

            By: /JAD/
              John Di Giacomo

REVISION LEGAL, PLLC
444 Cass St., Suite D
Traverse City, MI 49684
john@revisionlegal.com
Phone: (231) 714-0100
Fax: (231) 714-0200

## CERTIFICATE OF SERVICE

I hereby certify that on October 07, 2020, I electronically served this Motion for Withdrawal of Attorney on counsel of record pursuant to stipulation of parties and at the following address:

Billy B. Ruhling II
DiMuro Ginsberg
PC 1101 King Street
Suite 600
Alexandria, VA 22314
703-684-4333
Fax: 703-548-3181
bruhling@dimuro.com

By: ___/s/ Amanda Osorio____
Amanda Osorio